**STEVEN ERIC GOULD**
FULL NAME

**STEVEN E. GOULD BE5607**
COMMITTED NAME (if different)

**CORRECTIONAL TRAINING FACILITY**
FULL ADDRESS INCLUDING NAME OF INSTITUTION

**CENTRAL FACILITY C-B-313-L**

**PO BOX 689, SOLEDAD, CA 93960**
PRISON NUMBER (if applicable)

**BE 5607**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

STEVEN ERIC GOULD

PLAINTIFF,

v.

ORANGE COUNTY SHERIFFS
DEPARTMENT, ET al

DEFENDANT(S).

CASE NUMBER

8:18-CV-00206-JGB-JC
*To be supplied by the Clerk*

"1ST Amended Complaint"

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** *(Check one)*

☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

Jury trial demanded

**A. PREVIOUS LAWSUITS** "1ST Amended Complaint"

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes  ☒ No

2. If your answer to "1." is yes, how many? _____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a.  Parties to this previous lawsuit:
Plaintiff _____

_____

Defendants _____

_____

b.  Court _____

_____

c.  Docket or case number _____

d.  Name of judge to whom case was assigned _____

e.  Disposition (For example:  Was the case dismissed?  If so, what was the basis for dismissal?  Was it

appealed?  Is it still pending?) _____

f.  Issues raised: _____

_____

_____

g.  Approximate date of filing lawsuit: _____

h.  Approximate date of disposition _____

## B.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

1.  Is there a grievance procedure available at the institution where the events relating to your current complaint
occurred?  ☒ Yes   ☐ No

2.  Have you filed a grievance concerning the facts relating to your current complaint?  ☒ Yes   ☐ No

If your answer is no, explain why not _____

_____

_____

3.  Is the grievance procedure completed?  ☐ Yes   ☒ No

If your answer is no, explain why not  *Grievance box lock destroyed,*
*transfer to state prison expedited, several grievances*
*ignored due to their serious allegations.*

4.  Please attach copies of papers related to the grievance procedure.

## C.  JURISDICTION

This complaint alleges that the civil rights of plaintiff  *STEVEN ERIC GOULD*
(print plaintiff's name)

who presently resides at  *BE5607, CTF Facility C/B 313-L, POBox689, Soledad, CA 93960*
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at

*ORANGE COUNTY JAIL/SANTA ANA, CA*
(institution/city where violation occurred)

on (date or dates) 06-22-2017 to 10-25-2017 all claims in complaint.
(Claim I)        (Claim II)        (Claim III)

**NOTE:**   You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant ORANGE COUNTY SHERIFFS DEPARTMENT resides or works at
(full name of first defendant)
550 N. Flower St. Santa Ana, CA 92703
(full address of first defendant)
Sheriff / Deputies of Orange County
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual  ☒ official capacity.

Explain how this defendant was acting under color of law:
Defendant used unreasonable and unnecessary force which caused serious bodily injury to Plaintiff which led to disability.

2. Defendant County of Orange resides or works at
(full name of first defendant)
1) 700 Civic Center Dr. West, Santa Ana, CA 92703
(full address of first defendant)
2) 600 W. Santa Ana Blvd., Suite 104, Santa Ana, CA 92701
(defendant's position and title, if any)
3) 333 W. Santa Ana Blvd., Suite 465, Santa Ana, CA 92701

The defendant is sued in his/her (Check one or both): ☐ individual  ☒ official capacity.

Explain how this defendant was acting under color of law:
Deprivation of liberty and property without due process in violation of the US Constitution Amendments 5, 14.

3. Defendant Sandra Hutchens resides or works at
(full name of first defendant)
320 N. Flower St. Santa Ana, CA 92703
(full address of first defendant)
Sheriff of Orange County
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual  ☒ official capacity.

Explain how this defendant was acting under color of law:
Sheriff Hutchens was fully aware of her employees, staff, deputies and medical staff which violated my constitutional rights. Her employees of the Orange County Sheriffs Dept. and Orange County Jail caused serious bodily injury to me the Plaintiff and were deliberately indifferent to my medical care needs. Sheriff Hutchens is responsible for violating my ADA rights and has violated US Constitial Amendments 1, 4, 5, 6, 8 and 14.

CIVIL RIGHTS COMPLAINT

on (date or dates) 06-22-2017, to 10-25-2017, all claims in complaint.
                 (Claim I)            (Claim II)          (Claim III)

**NOTE:**    You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

4. Defendant **P. Maracine** _____ resides or works at
(full name of first defendant)

**550 N. Flower Street Santa Ana, CA 92703**
(full address of first defendant)

**Deputy Sheriff, OC Jail**
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
Defendant used unreasonable and unnecessary force by committing battery and serious bodily injury on plaintiff on 9-1-17. Defendants conduct was malicious constituting cruel and unusual punishment

5. Defendant **Pablo Alvarez** _____ resides or works at
(full name of first defendant)

**320 N. Flower St. Santa Ana, CA 92703**
(full address of first defendant)

**OCSD K9 handler, Deputy Sheriff, Badge # 2286**
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law: On 6-22-17
Defendant used unreasonable and unnecessary force by twisting and snapping plaintiffs left wrist while being handcuffed. Defendants conduct was sadistic and malicious constituting cruel and unusual punishment

6. Defendant **David Michael Gwisdalla** _____ resides or works at
(full name of first defendant)

**320 N. Flower St. Santa Ana, CA 92703**
(full address of first defendant)

**OC undercover, Deputy Sheriff, Badge # 4643**
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
Defendant arrested Plaintiff without a warrant of arrest and did so without probable cause supported by oath and/or affirmation. Defendant violated Plaintiffs US constitional rights protected by the 4th, 5th, 14th amendments of the US Constitution.
Defendant also submitted false booking paperwork to OCSD IRC intake on 6-22-17 and 6-30-17 (approximately)
Defendant deprived Plaintiff of personal property without due process of law, probable cause or court order.

CV-66 (7/97)                 **CIVIL RIGHTS COMPLAINT**

7. Defendant  Skylar  R. Matson  resides or works at
(full name of first defendant)

320 N. Flower St. Santa Ana, CA 92703
(full address of first defendant)

OCSD SWAT/OC UNDERCOVER, Deputy Sheriff,
(defendant's position and title, if any)  Badge # 7912

The defendant is sued in his/her (Check one or both): ☒ individual  ☒ official capacity.

Explain how this defendant was acting under color of law:
Defendant aimed and attempted to kill an unarmed Plaintiff while working undercover in an illegal TAT/SWAT Team mission assisting in denial of Plaintiffs liberty.

8. Defendant  Steven  Thompson  resides or works at
(full name of first defendant)

320 N. Flower St. Santa Ana, CA 92703
(full address of first defendant)

OCSD SWAT/OC UNDERCOVER, Deputy Sheriff,
(defendant's position and title, if any)  Badge # 9281

The defendant is sued in his/her (Check one or both): ☒ individual  ☒ official capacity.

Explain how this defendant was acting under color of law:
Defendant violated Plaintiffs 5th and 14th amendment rights to due process by acting in concert with TAT/SWAT Team of the Orange County Sheriffs Dept. in an illegal operation to deprive Plaintiff Liberty after posting bail the same day (06-22-2017).



on (date or dates) 06-22-2017 to 10-25-2017, all claims in complaint.
(Claim I)                    (Claim II)                    (Claim III)

**NOTE:**   You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

9. Defendant __Derek Thomas__ resides or works at
   (full name of first defendant)
   __550 N. Flower St. Santa Ana, CA 92703__
   (full address of first defendant)
   __Deputy Sheriff, OC Jail__
   (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual   ☒ official capacity.

Explain how this defendant was acting under color of law:
Defendant refused to allow Plaintiff access to religious services, law library, courts, recreation and also violated Americans with Disabilities act. Defendant also violated 8th amendment.

10. Defendant __L. Vecchione__ resides or works at
   (full name of first defendant)
   __550 N. Flower St. Santa Ana, CA 92703__
   (full address of first defendant)
   __Deputy Sheriff, OC Jail__
   (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual   ☒ official capacity.

Explain how this defendant was acting under color of law:
Defendant refused to allow Plaintiff access to religious services, law library, courts, recreation and also violated Americans with disabilities Act. Defendant also violated 8th Amendment.

11. Defendant __L. Lange__ resides or works at
   (full name of first defendant)
   __550 N. Flower St. Santa Ana, CA 92703__
   (full address of first defendant)
   __Deputy Sheriff, OC Jail__
   (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual   ☒ official capacity.

Explain how this defendant was acting under color of law:
Defendant moved Plaintiff to a cell which was in violation of the eighth amendment. Plaintiff was directly impacted by the actions of Defendant and was subject to cruel and unusual conditions. Defendant also refused access to religious services, religious programs, courts, law library, recreation and violated Americans with Disabilities Act.

12. Defendant **T. Mattheson** resides or works at
(full name of first defendant)

**550 N. Flower St. Santa Ana, CA 92703**
(full address of first defendant)

**Deputy Sheriff, OC Jail**
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual  ☒ official capacity.

Explain how this defendant was acting under color of law:

Defendant refused to allow Plaintiff access to religious services, law library, courts, recreation and also violated Americans with Disabilities act. Defendant also violated 8th amendment.

13. Defendant **M. Freeze** resides or works at
(full name of first defendant)

**550 N. Flower St. Santa Ana, CA 92703**
(full address of first defendant)

**Deputy Sheriff, Badge #6042, OC Jail**
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual  ☒ official capacity.

Explain how this defendant was acting under color of law:

Defendant refused to allow Plaintiff access to religious services, law library, courts, recreation, and also violated Americans With Disabilities Act and 8th amendment.

4. Defendant ?. Weidenkeller resides or works at
(full name of first defendant)

550 N. Flower ST. Santa Ana, CA 92703
(full address of first defendant)

OCSD deputy sheriff, sergeant
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual   ☒ official capacity.

Explain how this defendant was acting under color of law:

After being attacked by a deputy P. Maracine on 9-1-17, Defendant failed to provide emergency medical care.

5. Defendant C. Coppock resides or works at
(full name of first defendant)

550 N. Flower st. Santa Ana, CA 92703
(full address of first defendant)

Facility Commander, Captain O.C. Jail
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual   ☒ official capacity.

Explain how this defendant was acting under color of law:

Defendant subjected plaintiff to cruel and unusual punishment in violation of the eight amendment of the U.S. Constitution. As Facility Commander, Defendant was fully aware of violating the ADA by authorizing placement of Plaintiff in inhumane conditions in violation of Federal Laws. Defendant also violated Plaintiffs due process rights and religious beliefs.

CIVIL RIGHTS COMPLAINT

on (date or dates) __06-22-2017__, to __10-25-2017__, all claims in complaint.
(Claim I)        (Claim II)                (Claim III)

**NOTE:**    You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

16. Defendant   __J. Walehwa__ _____ resides or works at
(full name of first defendant)
__550 N. Flower Street Santa Ana, CA 92703__
(full address of first defendant)
__Deputy Sheriff Sergeant, Badge #1428__
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual   ☒ official capacity.

Explain how this defendant was acting under color of law:
__Defendant deprived Plaintiff access to the courts,__
__court ordered religious diet and phone calls__
__as a Pro-Per. Defendant did not provide access to a law library.__

17. Defendant   __?. Thornton__ _____ resides or works at
(full name of first defendant)
__550 N. Flower ST, Santa Ana, CA 92703__
(full address of first defendant)
__Deputy Sheriff, OC Jail__
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual   ☒ official capacity.

Explain how this defendant was acting under color of law:
__On 9-1-17, Defendant threatened and assaulted__
__Plaintiff shortly after being injured physically by__
__Deputy P. Maracine.__

18. Defendant   __R. Gilbert__ _____ resides or works at
(full name of first defendant)
__550 N. Flower ST. Santa Ana, CA 92703__
(full address of first defendant)
__Transport Corridor, Deputy Sheriff__
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual   ☒ official capacity.

Explain how this defendant was acting under color of law:
__Defendant handcuffed Plaintiffs broken wrist__
__for court causing pain and did so maliciously__
__and sadistically. This unnecessary punishment__
__cut off blood circulation to plaintiffs__
__arm, wrist and hand.__

---

**CIVIL RIGHTS COMPLAINT**

CV-66 (7/97)

19. Defendant  Health Care Agency "County of Orange" resides or works at
(full name of first defendant)

★  1)  200 W. Santa Ana Blvd. #125, Santa Ana, CA 92703
(full address of first defendant)

2)  550 N. Flower ST. Santa Ana, CA 92703
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual  ☒ official capacity.

Explain how this defendant was acting under color of law:

Employees and medical care staff refused to provide necessary medical care and surgery to avoid a disability. Defendant was deliberately indifferent toward plaintiff violating 8th amendment.

20. Defendant  Kimberly M. Pearson  resides or works at
(full name of first defendant)

405 W. 5th Street Santa Ana, CA 92701
(full address of first defendant)

Deputy Agency Director, Correctional Health Services
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual  ☒ official capacity.

Explain how this defendant was acting under color of law:

Defendant contributed to Plaintiffs deprivation of 8th Amendment rights to be free from cruel and unusual punishment. Defendant is a member of the executive leadership team directly attributed to the deprivation of Plaintiffs U.S. constitional rights.

D. **CLAIMS***  (CLAIM I) (1)

The following civil right has been violated:

Excessive force in violation of the fourth and eighth amendments to be free from cruel and unusual punishment while arrest was made unlawfully without a warrant and without probable cause. supported by oath and/or affirmation.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

1) On 06-22-2017, Orange County Sheriffs Dept. K-9 handler Deputy Pablo Alvarez broke plaintiffs left wrist while handcuffing Plaintiff. Excessive force was used by Defendant Pablo Alvarez while working as a Deputy Sheriff for the Orange County Sheriffs Dept. under the color of law and authority. Defendants actions were deliberate, ~~and as~~ wanton and unnecessary. These actions led to a serious injury which was treated by a local hospital which a nurse placed a cast on Plaintiffs broken wrist. Defendant Deputy Sheriff Pablo Alvarez actions violated the eighth amendment of cruel and unusual punishment due to the fact plaintiff was not resistive.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

**D. CLAIMS***                              (CLAIM I II)(2)

The following civil right has been violated:

Excessive force in violation of the eighth
amendment of the United States Constitution.

Cruel and unusual punishment.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

1) On 09-01-2017, Orange County Sheriffs Dept.
Deputy Sheriff P. Maracine used excessive,
unnecessary and unreasonable force causing
pain and serious injury in a malicious and sadistic
manner. Force used was deliberate, wanton and
caused great bodily injury. Defendant P. Maracine
struck Plaintiff in the head. Pulled on Plaintiffs
ear causing a tear and Plaintiff was then
spun around by his left arm and was seriously
injured on the second floor of the main jail.
Defendant broke, twisted and snapped Plaintiffs
left wrist while working for the Orange County
Sheriffs Dept. under the color of law and
authority inflicting cruel and unusual punishment.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

(Claim II.)(2) continued

2)
1. On 09-01-2017, Orange County Sheriffs
2. Dept. Deputy Thornton (First name unknown)
3. threatened and assaulted Plaintiff
4. shortly after being injured physically
5. by Defendant Deputy P. Maracine.
6. Defendant Deputy Thornton acted
7. aggressively and violently toward
8. Plaintiff while working for the
9. Orange County Sheriffs Dept.
10. under color of law and authority.
11.

3)
12. Defendant Thornton refused to provide
13. plaintiff with emergency medical care
14. and treatment for a serious injury
15. and acted with deliberate indifference
16. by failing to act while plaintiff was
17. in extreme pain from the broken left
18. wrist injury caused by plaintiff P. Maracine
19.

4)
20. Defendant Weidenkeller (First name unknown)
21. a Sergeant and deputy sheriff at the
22. Orange County Jail failed to provide
23. emergency transportation to the hospital
24. for the wrist injury which was a
25. serious medical issue requiring surgery
26. at a hospital. Defendant Weidenkeller
27. did not remove my temporary cast from
28. the previous injury to examine the serious
damage. Defendant is a Sergeant and not a Doctor.
Defendant acted with Deliberate Indifference
to plaintiffs medical needs and left Plaintiff
to suffer chronic and substantial pain. (Page 13 of 27)

(Claim IF) (2) continued

5)
1  Defendant R. Gilbert, deputy sheriff
2  for the OCSD violated the 8th
3  amendment of the United States
4  Constitution on September 11, 2017,
5  while being transported to court.
6  On that day around 0800 Hours,
7  Defendant R. Gilbert exceeded the
8  amount of force required by
9  handcuffing Plaintiffs injured left
10  wrist while in a cast cutting
11  off blood flow and circulation to
12  Plaintiff. This event was witnessed
13  by several trainee officers who
14  were present in the transportation
15  cooridor. Once transported to court
16  Plaintiff notified OCSD deputy sheriff
17  L. Biller of the incident and once
18  Plaintiff returned from court a
19  grievance was filed for unnecessary
20  excessive force. Defendant was
21  acting unbecoming of a law enforcement
22  officer by acting with malicious
23  intent while working for OCSD
24  under color of law and authority.
25
26
27
28

**D. CLAIMS***

(CLAIM III)(3)

The following civil right has been violated:

United States Constitutional Amendments 4, 5 and 14.

Arrested without warrant supported
Arrested without probable cause supported
by oath and/or affirmation.

Deprivation of liberty and property without
due process of law.

Right against enforcement of a law which
abridges a citizens privileges and immunities.
Denial of equal protection of the law.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

1) Defendant Orange County Sheriff Sandra Hutchens while working in concert with the Defendant Orange County Sheriffs Dept. created an unlawful Tactical team composed of OCSD and SWAT teams combined with multiple undercover plain clothed officers to violate the Plaintiffs rights. on 06-22-2017, Defendant Sandra Hutchens sheriff arrested deprived Plaintiff of liberty and property without due process of law by having Orange County Sheriffs Dept. Arrest Plaintiff while on bail after released from jail on the same day. Defendant directed OCSD deputies to place Plaintiff under arrest without a warrant and without probable cause supported by oath and/or affirmation. while depriving Plaintiff of liberty and release on bail.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

CIVIL RIGHTS COMPLAINT

CV-66 (7/97)

Page 5 of 6
(Page 15 of 27)

On 06-22-2017,

2) Defendant OCSD deputy David Michael Gwisdalla while working in plainclothes as an undercover for Defendants Orange County Sheriffs Dept and Sheriff Sandra Hutchens violated the civil rights of Plaintiff by placing Plaintiff under arrest at the Fountain Valley Orange Coast Memorial Hospital. Defendant had no jurisdiction to place Plaintiff under arrest as plaintiff was released the same day on bail. Defendant made this arrest without a warrant and did so without probable cause supported by oath and/or affirmation.

3) Defendant OCSD deputy sheriff David Michael Gwisdalla also submitted false information pertaining to the unlawful arrest on 06-22-2017 to IRC booking and falsely reported a street booking on approximately 06-30-2017 to further falsely report and manipulate information to IRC booking, OC courts, prosecution team and other agencies. Defendant David Michael Gwisdalla violated the 4th, 5th and 14th amendments of the United States Constitution depriving Plaintiff of liberty and property while working under the color of law and authority.

(Continued) (3) continued

4)

1  On 06-22-2017, Defendant OCSD
2  deputy sheriff Skylar R. Matson
3  while working as an undercover for
4  Defendants Orange County Sheriffs Dept.
5  and Sheriff Sandra Hutchens violated
6  Plaintiffs civil rights by acting in concert
7  with tactical units and OCSD SWAT
8  in an illegal operation to deprive Plaintiff
9  Liberty after posting bail the same
10  day. Defendant violated Plaintiffs
11  US constitutional rights to due process
12  protected by the 5th and 14th
13  amendments by assisting in
14  apprehending Plaintiff by any means
15  necessary which included potential
16  lethal force by aiming and pointing
17  an AR-15 assault rifle in an
18  attempt to kill Plaintiff who was
19  clearly unarmed. Defendant acted
20  unlawfully while working under
21  the color of law and authority.
22
23
24
25
26
27
28

(Claim III) (3)

5) On 06-22-2017, Defendant OCSD deputy sheriff Steven Thompson while working as an undercover for defendants Orange County Sheriffs Dept. and Sheriff Sandra Hutchens violated Plaintiffs civil rights by acting in concert with Tactical units and OCSD SWAT in an illegal operation to deprive Plaintiff of liberty after posting bail the same day. Defendant Steven Thompson contributed to assisting the Orange County Sheriffs Dept. in the unlawful return of Plaintiff to the Orange County Jail abridging the privileges and immunities as a citizen of the United States of America.

6) Between dates 06-22-2017 and 10-25-2017, Defendants: Health Care Agency and Kimberly Pearson "Deputy Agency Director, Correctional Health services" were both deliberately indifferent to the medical needs of Plaintiff. Defendants failed to administer proper pain management to Plaintiff and knowingly failed to respond to requests for emergency/urgent surgery needed by Plaintiff to avoid a disability and pain.

**D. CLAIMS***

(CLAIM I ✓)(4)

The following civil right has been violated:

US Constitution- Amendment 1
congress shall make no law respecting an establishment
of religion, or it's free Exercise restricted
or prohibiting the free exercise thereof, or
abridging the freedom of speech, or of the press,
or the right of the people to peacefully
assemble, and to petition the government for
a redress of grievances.

Supporting Facts:  Include all facts you consider important.  State the facts clearly, in your own words, and without citing legal authority or argument.  Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

1) Defendants: Orange County Sheriffs Department
            Sandra Hutchens, "Sheriff"
            C. Coppock, "Captain - Facility Commander"
            L. Lange, "Deputy", Derek Thompson "Deputy",
            L. Vecchione, "Deputy", T. Mattheson, "Deputy",
            M. Freeze, "Deputy, ?: Weidenkeller, Deputy
            Sheriff Sergeant" and J. Walehwa, "Deputy Sheriff
            Sergeant"
All deprived plaintiff the free exercise of sincerely
held religious beliefs by not allowing access to religious
services. Defendants also did not provide a religious diet
"Kosher diet" as requested and ordered by the
courts as it reflected on the abstract of
judgement to be introduced as evidence in this case.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

(Claim IV)(4) Continued

1) 1  1) continued  (all defendants listed in Claim 4, P.1)

2

3  Defendants had full knowledge of Plaintiffs

4  religiously held beliefs as Plaintiff placed

5  multiple requests and appeals on the topic.

6  Plaintiff communicated to all defendants

7  that religion is a right that will be

8  respected and Plaintiff requested to

9  attend Jewish religious services and

10  requested a Kosher diet with all of

11  the defendants listed in this claim.

12  Defendants chose to violate Federal Law

13  by not allowing Plaintiff to access

14  or attend religious programs and services

15  and deprived Plaintiff of a court

16  ordered Kosher diet which

17  violates the contract held in good

18  faith with the court. Defendants

19  violated the 1st amendment while

20  under the color of law and authority.

(Claim IV)(4) continued

2) Defendants as listed in Claim 4, paragraph 1; All deprived Plaintiff access to a law library as required by the courts for plaintiff to have meaningful access to the materials and information necessary to build a defense while facing charges without an attorney. Defendants failed to help plaintiff while authorized by the courts to defend himself as a pro-per litigant. Defendants intentionally blocked access to the courts by not allowing collect phone calls to be dialed on the jail phone system to Central Justice Center, court clerk or any of the Superior Court phone numbers with the area code (657).

3) Defendants as listed in Claim 4, Paragraph 1; deliberately ignored to provide adequate assistance to Plaintiff and by doing so caused active interference blocking access to the courts as Defendants violated the 1st Amendment of the US Constitution while under color of law and authority.

**D. CLAIMS\***

(CLAIM ✔)(5)

The following civil right has been violated:

Americans with Disabilities Act (A.D.A.) rights combined with violations of the 8th amendment of the United States Constitution. "Cruel and Unusual Punishment"

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

1) Orange County Sheriffs Department (O.C.S.D.) violated the ADA rights of Plaintiff who is a qualified individual with a limited mobility disability from injuries to his left arm, wrist, hand and right ankle. OCSD violated plaintiffs rights by subjecting Plaintiff to inhumane living conditions from 06-22-2017 to 10-25-2017.

2) Defendant OCSD housed plaintiff in medical MOD-O-SL-3 between 07-16-2017 to 07-26-2017. Cruel and unusual conditions were present as follows: Urine dripping from plumbing leaks from above ceiling dripped constantly on floor and Plaintiffs bed area.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*



(Claim VI (C3) continued)

2) 2) continued:

Rust and corrosion covered the walls and the grab bars needed by Plaintiff to use as Plaintiff has mobility issues. The air vents were 98% blocked and the walls were splattered with remnants of fecal matter which caused sickness and breathing issues.

3) Defendant OCSD retalliated against Plaintiff for using the grievance procedure and contacting the ACLU and for addressing the conditions of my experience while in custody at the Orange County Jail.

4) Defendant OCSD placed Plaintiff in Disciplinary Isolation in different areas of the jail to punish Plaintiff depriving Plaintiff of basic human rights, and rights as an ADA inmate.

5) Defendant OCSD placed Plaintiff in a single cell without ADA grab bars and without access to tempered warm/hot water from dates 09-23-2017 to 10-25-2017 at housing location DI-DI-6. Defendant OCSD was under color of law and authority of OC sheriff Sandra Hutchens.

(Claim V) (5) continued

6)
1. Defendant Sheriff Sandra Hutchens
2. violated the eighth amendment
3. of the United States Constitution.
4. As Sheriff she allowed Plaintiff to
5. suffer cruel and unusual conditions
6. of confinement which put Plaintiffs
7. health and safety at risk by deliberately
8. ignoring and disregarding the risks
9. Plaintiff endured and faced while
10. incarcerated as Defendant was fully
11. aware of the facts of plaintiffs
12. living conditions. Defendant was
13. deliberately indifferent and failed to
14. take reasonable measures to abate
15. any risk which caused harm to Plaintiff.
16.

7)
17. Defendant Sandra Hutchens was
18. under color of law and authority
19. and is in violation of the eighth
20. amendment against cruel and unusual
21. punishment and is responsible for
22. all actions of OCSD as stated
23. within this claim.
24.
25.
26.
27.
28.

8)
1. Defendant C. Coppock OCSO captain
2. and Facility Commander violated
3. the eight amendment of the United
4. States Constitution by having
5. leadership responsibility and being
6. directly involved with cruel and
7. unusual punishment as she was
8. fully aware of the conditions Plaintiff
9. suffered while at the OC Jail.
10. Defendant C. Coppock walked by
11. the locations where I was housed
12. and was involved with the disciplinary
13. and appeals process. Defendant
14. was deliberately indifferent as
15. Facility Commander by directly
16. violating the ADA allowing transfer of
17. Plaintiff to DI-DI-6 disciplinary
18. isolation where Plaintiff was deprived
19. of basic human rights and needs which
20. Plaintiff was deprived of Medical
21. care to treat a serious injury needing
22. emergency surgery, ADA mobility in location
23. of housing facilitating the use of stairs
24. while injured with mobility issues,
25. Deprivation of Warm/hot tempered water
26. and placing Plaintiff in a single cell without
27. ADA grab bars. As an authority while
28. under the color of law, Defendant

C. Coppock is equally responsible as Captain
and Facility Commander of the OC Jail working
for OCSD sheriff Sandra Hutchens. Defendant
is responsible for all actions of OCSD stated in this claim.

**D. CLAIMS***

(CLAIM VI) (6)

The following civil right has been violated:

Amendment 6 of the United States Constitution
Right to have the assistance of counsel for
his defence.

Amendment 1 of the United States Constitution
Right to petition the government for a redress
of grievances.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

1) Defendant County of Orange failed to provide the assistance of counsel as ordered by the court on 9-26-17. Defendant did not appoint counsel as previously ordered by Witness, Judge Gary Paer. Plaintiff was deprived of a defense while in court and was deprived of a preparation of a defense between 09-26-17 and 10-20-17.

2) Defendant J. Walehwa, OCSD pro-per sergeant deprived Plaintiff access to the courts, court-ordered phone calls, court ordered religious diet, and denied access to a law library necessary for Plaintiff to prepare a legal defense in court on 10-20-17. Defendant violated Plaintiffs 1st and 6th amendment rights while working for OCSD under color of law and authority.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

Three million dollars in monetary relief for violating my civil rights on numerous occasions and for the infliction of great bodily injury which caused a disability lasting for more than one year.

Punitive damages also monetary for the amount either the jury or court deems proper.

Any additional relief the court deems proper.

07-03-2018
*(Date)*

Steven Eric Gould
*(Signature of Plaintiff)*

CV-66 (7/97)                                                    Page 6 of 6

VEN ERIC GOULD
5607
Facility-C/B-313-L
BOX 689
Adelanto, CA 93460-0689

UNITED STATES DISTRICT COURT
Kerri Hays Clerk (or) court clerk
Edward R. Roybal Federal Building
and
U S COURTHOUSE

255 East Temple Street
Room 180 (terrace level)
Los Angeles, CA 90012-1565



7-3-18 Badge 75459