03-18-2019
(page-one)

<u>To:</u> Clerk, US District Court (Central)
<u>From:</u> STEVEN ERIC GOULD
<u>Subject:</u> Change of address
<u>Case no's:</u> 8:18 CV01821-JGB-JC
        8:18 CV00206-JGB-JC



FILED
CLERK, U.S. DISTRICT COURT
MAR 20 2019
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

<u>Summary:</u> I am writing to notify the clerk of a change of address from: CTF, PO BOX 689, Soledad, CA 93960
to: Folsom State Prison, BE5607
    PO Box 950, Folsom, CA 95763.

Please update the address and notify the Defendant (respondent) attorney as the Defendant (respondent) "CRAIG KOENIG" has decided to transfer STEVEN ERIC GOULD, plaintiff/petitioner to a different facility without the consent of petitioner and in total disregard of pending litigation which includes a current petition for writ of Habeas Corpus pending in this court.

03-18-2019
(page-two)

I request for the clerk of this Court to update the change of address along with the noted involuntary transfer caused by Defendant/Respondent "CRAIG KOENIG" which occurred from an ICC action on 2-28-19 in which "CRAIG KOENIG" was a chairman of the Kangaroo Court proceedings.

Prior to transfer, All of my legal property, documents and case information were taken away from me by C/O Melendez on 03-12-2019. Currently I remain at Folsom State Prison without all of my legal property, documents, case information, and address information of the Defendant/Respondent attorney. I swear under penalty of perjury under our laws in the united states of America the foregoing is true and correct.
DATED: 03-18-19   "ALL RIGHTS RESERVED"
Steven Eric ~~~~



STEVEN ERIC GOULD
BE5607
Folsom State Prison
PO Box 950
Folsom, CA 95763

INMATE GENERATED LEGAL MAIL
FOLSOM STATE PRISON
FOLSOM CA

RECEIVED
CLERK, U.S. DISTRICT COURT
MAR 20 2019
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

"Legal Mail"

Clerk, US District Court
(Central district of CA)
255 E. Temple Street
Room 180 (terrace level)
Los Angeles CA 90012

C/O Green 34177 ROSEN ~~[illegible]~~ 6521