STEVEN ERIC GOULD BE5607 "sui Juris"
PO BOX 950
Folsom, CA 95763
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

STEVEN ERIC GOULD,
Plaintiff
v.
ORANGE COUNTY SHERIFFS
DEPARTMENT, ET-AL,
Defendant

8:18 CV 00206-JGB-JC

Request for emergency injunctive relief including a protective order to restrain persons

To: Honorable District Court Judges Jesus G. Bernal and/or Jacqueline Chooljian Plaintiff, STEVEN ERIC GOULD now moves to request for "emergency" injunctive relief including a protective order to restrain persons as follows:

Plaintiff is a "victim" of injuries caused by the Orange County Sheriffs Department, Sheriff and Deputy Sheriffs. Plaintiff has been injured multiple

DATED: 6-9-19    (1)    "ALL RIGHTS RESERVED"
Steven Eric Gould

1  times as described in case number
2  8:18 CV00206-JGB-JC, 8:18 CV01821-
3  JGB-JC where Plaintiff has demonstrated
4  to this court a need to protect
5  Plaintiff from future harm caused
6  by Defendants. On June 6, 2019 and June
7  7, 2019 Defendants threatened Plaintiffs life,
8  liberty and the pursuit of happiness through use
9  of a liason violating the Declaration of Independence
10 and the United States Constitution
11 whereas Plaintiff STEVEN ERIC GOULD,
12 A sovereign living man freeborn of
13 the United States of America
14 Commonwealth of Massachusetts
15 and secured party creditor for all
16 derivatives thereof by issuing a
17 protective order to restrain the
18 following persons and agencies:
19 ORANGE COUNTY SHERIFFS DEPARTMENT,
20 Orange County Sheriff, O.C. Sheriff,
21 O.C.S.D., O.C.S.O., Orange County Sheriffs
22 office, Sheriff (current unknown),
23 Sheriff Sandra Hutchens (previous sheriff),
24 All under sheriffs and deputy sheriffs,
25 All Defendants listed in the above
26 entitled case from contact and
27 harassment. Plaintiff has shown
28 great cause for an emergency order

DATED: 6-9-19                     "ALL RIGHTS RESERVED"
                                  Steven Eric Gould
(2)

1. to protect Plaintiff and prays for
2. an emergency protective order to
3. restrain all persons and agencies
4. as listed in the foregoing to stay
5. over 100 yards away from Plaintiff.
6. Additionally, Please enter this emergency protective order into the California Law Enforcement Telecommunications System.
7. Plaintiff requests for this order to
8. immediately take effect as Plaintiff
9. may be exposed to additional injuries
10. on or after June 18, 2019 if Plaintiff
11. is not protected by the ~~United~~ UNITED
12. STATES District Court, Judges Jesus G.
13. Bernal and Jacqueline Chooljian on or
14. before that day. This court has an
15. obligation to protect Plaintiff. In the
16. instance of any failure to rule in favor
17. of the Plaintiff on this request, Plaintiff
18. may again be injured and/or physically
19. injured by any or all of the persons and agencies
20. described in the aforementioned. Plaintiff
21. respectfully demands that this request
22. is heard and granted on or before June 17th, 2019
23. and that the order to issue emergency
24. injunctive relief including a protective order
25. to restrain persons would take effect no
26. later than June 18, 2019 at 0128 Hours.
27. I, STEVEN ERIC GOULD declare under penalty
28. of perjury under all laws in the United States

of America that the foregoing is true and correct.

DATED: 6-9-19     (3)     "ALL RIGHTS RESERVED"
                                    Steven Eric Gould
                                                    10-00

Folsom State Prison
P.O. Box 715071
Represa, CA 95671
Name: STEVEN ERIC GOULD
CDCR#: BE5607  Bldg/Bed: A1.D2.23

California Dept. of Corrections
and Rehabilitation
INDIGENT MAIL

INMATE GENERATED LEGAL MAIL
FOLSOM STATE PRISON
P.O. BOX 950
FOLSOM, CA 95763

US POSTAGE
$000.50
ZIP 95671

RECEIVED
CLERK, U.S. DISTRICT COURT
JUN 12 2019
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Clerk,
US District Court
Central District of CA
255 E. Temple Street
Room 180 (Terrace Lvl.)
Los Angeles, CA 90012-1565

NSF FOLSOM STATE PRISON

"Confidential Correspondence"

J. Gillam

Jr.

6/9/19