STEVEN ERIC GOULD
3120892
550 N. Flower Street
Santa Ana, CA 92703

TO: Clerk, U.S. District Court (Central)
FROM: STEVEN ERIC GOULD

SUBJECTS: 1) Petition for writ of Habeas Corpus under 28 USC 2241 mailed July 10, 19.
2) Case updates for case numbers:
8:18 CV00206-JGB-JC
8:19 CV01090-JGB-JC
8:18 CV01821-JGB-JC

FILED
CLERK, U.S. DISTRICT COURT
AUG 13 2019
CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

Summary: I recently mailed a change of address and request for an attorney due to being transferred and deprived of meaningful access to the courts and law books, materials, etc.

I have 3 active civil lawsuits filed in this court and now desperately need an attorney. I no longer have the materials and access that I require to litigate these lawsuits. I am asking for help from the court.

Please mail me any updates and a copy of the register of actions for the above mentioned cases.

Please also respond with a case number for the 28 USC 2241 mailed July 10, 2019 filed with this court for Superior Court case number 19CF1847.

DATED: 7-21-19                    "ALL RIGHTS RESERVED"
                                    Steven Eric Gould



STEVEN ERIC GOULD
3120892
550 N. Flower St.
Santa Ana, CA 92703

ORANGE COUNTY JAIL
INMATE CORRESPONDENCE

RECEIVED
CLERK, U.S. DISTRICT COURT
AUG 13 2019
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY
UTFK1:9335222255

LEGAL MAIL
C.16.5

CLERK, US DISTRICT COURT
Central District of CA.
Roybal Building, 1st US Courthouse
255 E 1st Temple Street
Room 180 (First Level)
Los Angeles, CA 90012-1565

92703>2361
UTF

"FRANK"
Frank
postage paid

Address corrected

"Legal Mail"

G. ROSALES # 10380