# CHANGE OF ADDRESS:

TO: Clerk, Kerri Hays - US District Court Central

FROM: Steven Eric Gould

FILED
CLERK, U.S. DISTRICT COURT
SEP 30 2019
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

SUBJECT: Change of Address

CASE NO'S: 8:19 CV01090-JGB-JC
8:18 CV00206-JGB-JC
8:18 CV01821-JGB-JC

ID# 05-734404

PREVIOUS ADDRESS: 550 North Flower Street
Santa Ana, CA 92703

CURRENT ADDRESS: Clark Co. Det. Center
330 S. Casino Center Blvd.
Las Vegas, Nevada 89101

I request that the Clerk would make the following change of address. Please update the current address to reflect the changes listed above for the 3 case numbers noted.

This change of address took effect on September 23, 2019 and needs to be updated for the courts record.

DATED: 9·27·19

"ALL RIGHTS RESERVED"
Steven Eric Gould

Steven Eric Gould
5734404
330 S. Casino Center Blvd.
Las Vegas, Nevada 89101

LAS VEGAS NV 890
28 SEP 2019 PM 5 L

FOREVER
USA

Clerk, Kerri Hays
US District Court
Central District of CA
255 E. Temple St.
Room 180 (Terrace Lvl.)
Los Angeles, CA 90012

RECEIVED
CLERK, U.S. DISTRICT COURT
SEP 30 2019
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

"Legal Mail"

SENT FROM CCDC




THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2013